## Case No. 12,425.

### SAYLES v. SOUTH CAROLINA R. CO.

[Cited in Sayles v. Richmond, etc., R. Co., Case No. 12,424. Nowhere reported; opinion not now accessible.]